IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

           Plaintiff,                         ORDER

   v.                                    04-cr-053-jcs-01

ANGELA TRUDELLE,

           Defendant.
_____

     The government's motion for reduction of sentence pursuant to Rule 35(b), Federal Rules of Criminal Procedure, came on to be heard before the Court in the above entitled matter on January 4, 2008, the government having appeared by Erik C. Peterson, United States Attorney for the Western District of Wisconsin, by John W. Vaudreuil, Assistant United States Attorney; defendant in person and by Alan G. Habermehl.  Honorable John C. Shabaz, District Judge, presided.

     The Court finds defendant has provided substantial assistance as represented by the government.  Accordingly, the government's motion for a reduction of sentence is granted.

     The Court reduces defendant's offense level two levels to a total offense level of 27.  Pairing a total offense level of 27 with a criminal history category I results in a guideline imprisonment range of 70 to 87 months. Ordinarily, the Court would sentence defendant to 80 months, the middle of this range; however, defendant previously served a 27-month term of imprisonment in a related state case in Washburn County, Wisconsin.  Pursuant to the

provisions at § 5G1.3(b) and Application Note 2, the court grants her credit for the 27 months not credited under 18 U.S.C. § 3585(b). A sentence of 53 months is reasonable and necessary to accomplish the purposes as set forth in 18 U.S.C. § 3553(a).

ORDER

IT IS ORDERED that the judgment entered by the Court on July 27, 2005 is AMENDED and her sentence reduced to reflect that defendant is committed to the custody of the Bureau of Prisons for a term of 53 months. In all other respects the judgment remains as previously entered.

Entered this 7th day of January, 2008.

BY THE COURT:

/s/

_____
JOHN C. SHABAZ
District Judge